**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANTONIO ORTIZ,

Plaintiff,

v.

LARRY D. SMITH, ET AL.,

Defendants.

Case No. 5:26-cv-02521-ODW-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at his current address of record, as well as all parties who have appeared in the action.

DATED: July 27, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE