JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO ORTIZ,<br>Plaintiff,<br>v.<br>LARRY D. SMITH, ET AL.,<br>Defendants. | Case No. 5:26-cv-02521-ODW-AJR<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: July 27, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE